**Order entered September 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00093-CR

### DAVID HENRY BROOMFIELD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F14-33325-J

## ORDER

The Court **ORDERS** the appellant's brief received on September 16, 2015 filed as of the

date of this order.

/s/    ADA BROWN
           JUSTICE